| | |
|---|---|
| Charles M. Lizza<br>William C. Baton<br>Sarah A. Sullivan<br>SAUL EWING ARNSTEIN & LEHR LLP<br>One Riverfront Plaza, Suite 1520<br>Newark, NJ 07102-5426<br>(973) 286-6700<br>clizza@saul.com<br><br>*Attorneys for Plaintiffs*<br>*Horizon Orphan LLC, Horizon Therapeutics*<br>*USA, Inc., and The Regents of the University*<br>*of California* | *Of Counsel*:<br><br>Bruce M. Wexler<br>Chad J. Peterman<br>Michael F. Werno<br>PAUL HASTINGS LLP<br>200 Park Avenue<br>New York, NY 10166<br><br>*Attorneys for Plaintiffs*<br>*Horizon Orphan LLC and Horizon*<br>*Therapeutics USA, Inc.* |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| HORIZON ORPHAN LLC, HORIZON THERAPEUTICS USA, INC., and THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>                    Plaintiffs,<br><br>              v.<br><br>LUPIN LIMITED and LUPIN PHARMACEUTICALS, INC.,<br><br>                    Defendants. | **Civil Action No. _____**<br><br><br><br>**(Filed Electronically)** |

**FED. R. CIV. P. RULE 7.1 DISCLOSURE STATEMENT OF PLAINTIFFS HORIZON ORPHAN LLC AND HORIZON THERAPEUTICS USA, INC.**

Pursuant to Fed. R. Civ. P. 7.1(a), the undersigned counsel for Plaintiffs Horizon Orphan LLC and Horizon Therapeutics USA, Inc. certifies the following:

Horizon Orphan LLC is a U.S. corporation that is wholly-owned by Horizon Therapeutics plc, an Irish public company, through a series of wholly-owned subsidiaries. No other publicly-held company owns 10% or more of the stock of Horizon Orphan LLC.

Horizon Therapeutics USA, Inc. is a U.S. corporation that is wholly-owned by Horizon Therapeutics plc, an Irish public company, through a series of wholly-owned subsidiaries. No other publicly-held company owns 10% or more of the stock of Horizon Therapeutics USA, Inc.

Dated: August 11, 2020

*Of Counsel:*

Bruce M. Wexler
Chad J. Peterman
Michael F. Werno
PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166

*Attorneys for Plaintiffs*
*Horizon Orphan LLC and Horizon*
*Therapeutics USA, Inc.*

By: s/ Charles M. Lizza
Charles M. Lizza
William C. Baton
Sarah A. Sullivan
SAUL EWING ARNSTEIN & LEHR LLP
One Riverfront Plaza, Suite 1520
Newark, NJ 07102-5426
(973) 286-6700
clizza@saul.com
wbaton@saul.com

*Attorneys for Plaintiffs*
*Horizon Orphan LLC, Horizon*
*Therapeutics USA, Inc., and The*
*Regents of the University of California*